UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY TANGUMA,<br><br>Defendant. | CASE NO. CR06-425-MJP<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE<br>AS TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on February 15, 2008. The United States was represented by Douglas Whalley. The defendant was represented by Christopher Black.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Distribute Cocaine on or about June 29, 2007. The Honorable Marsha J. Pechman of this court sentenced Defendant to six months of confinement, followed by three years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

DEFENDANT'S ADMISSION

U.S. Probation Officer Andrew Lorenzen for Kathi Jo Springer alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Failing to successfully complete placement at the residential reentry center by leaving the facility without permission, on or before November 20, 2007, in violation of the special condition that he reside at the RRC for up to 180 days;

(2) Failing to submit a truthful and complete written report to the U.S. Probation Officer withing the first five days of each month, for the months of September, October, and November 2007, in violation of standard condition number two.

I advised the defendant of the charges and of his constitutional rights. The defendant admitted to violation numbers 1 and 2, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the Court.

DATED this 19th day of February, 2008.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. Marsha J. Pechman
    Assistant U.S. Attorney  : Douglass Whalley
    Defense Attorney         : Chistopher Black
    U. S. Probation Officer  : Kathi Jo Stringer

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-